# United States Bankruptcy Court
## Eastern District of Virginia
Alexandria Division

**TO:**
Justin Fasano
McNamee Hosea, P.A.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770

**In re:**  KTS Solutions, Inc.

**Case Number**  22−11694−BFK
**Chapter**  11

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*57* – Non–Individual Schedule(s) and/or Statement(s), Lists – Additional Creditors – (Re: related document(s)18 LBR 1007–1, and/or 1007–3, and/or 3015 Case Filing/Plan Deficiency) filed by Justin Fasano of McNamee Hosea, P.A. on behalf of KTS Solutions, Inc.. (Fasano, Justin)

**VOLUNTARY PETITION/AMENDMENT OR CONVERSION OF PETITION, LISTS OR SCHEDULES [FRBP 1007; IR 1007; LBR 1009–1]:**

__ Caption of Petition not in compliance with FRBP 1005. Social Security number or employer's tax identification number of debtor(s) incomplete or omitted. (NOTE: Only the last four digits of the SSN should appear on any <u>document</u> filed. The full SSN should only be entered electronically into ECF when the case is filed or submitted to the Court on Official Form 121.)

__ Corporate petition not accompanied by Corporate Ownership Statement [FRBP 1007(a)(1)]*

__ Not accompanied by a properly completed Amendment Cover Sheet*.

__ Not in substantial compliance with the correct version of the Amendment Cover Sheet*.

__ Not accompanied by notice to the United States Trustee, any trustee appointed, and to any and all entities affected by the amendment*.

__ **CONVENTIONAL (PAPER) FILINGS:** Creditors added by amendment or conversion (Schedule of Unpaid Debts): not accompanied by a list of additional creditors and signed cover sheet in the format specified by Clerk's Office [See LBR 1009–1(B)(1) or LBR 1017–1(A)(1)].

**_X_** **ELECTRONIC (ECF) FILINGS:** Additional creditor(s) not added via Creditor Maintenance upon filing of Schedule of Unpaid Debts/Amended Schedules

**_X_** Notice to Creditor(s) Re: Amendment is required.

*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:  December 28, 2022

CLERK, UNITED STATES BANKRUPTCY COURT

By /s/ Dayna Marie Huntington, Deputy Clerk
Direct Dial Telephone No. 703−258−1220

[igvolpplvOct18.jsp]