IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-11694 |
| | ) | (Chapter 11) |
| KTS SOLUTIONS, INC. | ) | |
| | ) | SubChapter V |
| Debtor. | ) | |

**SECOND INTERIM ORDER PURSUANT TO SECTION 364OF THE BANKRUPTCY CODE AND RULE 4001 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE (A) AUTHORIZING THE DEBTOR TO OBTAIN POST PETITION FINANCING, (B) GRANTING SECURITY INTERESTS AND PRIORITY CLAIMS, (C) PROVIDING ADEQUATE PROTECTION, (D) AUTHORIZING DEBTOR TO ENTER INTO AGREEMENTS WITH ACTION CAPITAL CORPORATION AND (E) SCHEDULING A FINAL HEARING ON THE MOTION PURSUANT TO BANKRUPTCY RULE 4001(C)**

Upon the Motion of KTS Solutions, Inc. for entry of an order authorizing the Debtor to obtain post-petition financing from Action Capital Corporation ("Action Capital") (the "Motion") [Docket No. 7], granting security to Action Capital pursuant to Sections 364(c)(2) and 364(d) of the United States Bankruptcy Code and Rules 4001 and 9014 of the Federal Rules of Bankruptcy Procedure; and a preliminary hearing (the "Interim Hearing") having been held on December 13, 2022 to consider the relief sought in the Motion; and an Interim Order authorizing the Debtor to obtain post-petition financing and related relief having been entered by the Court on December 16, 2022 (the "Interim Order"); and a second hearing having been held by the Court on December 27, 2022 to consider the entry of a second interim order authorizing the Debtor to obtain post-petition financing on a further interim basis (the "Second Interim Order"); and for the reasons stated on the record at the hearing conducted on December 27, 2022, it is, by the United States Bankruptcy Court for the Eastern District of Virginia:

**ORDERED**, that the Motion is GRANTED on a further interim basis through and including January 10, 2023, subject to and conditioned upon the terms and provisions contained

in the Interim Order entered by the Court on December 16, 2022; and it is further

**ORDERED**, that notwithstanding anything to the contrary in the Interim Order or this Second Interim Order, all creditors and parties-in-interest reserve their respective rights, claims, and defenses concerning, *without limitation*, the nature, extent and validity of Action Capital's interest in the Pre-Petition Collateral (as that term is defined in the Interim Order); the liens and Collateral granted to Action Capital under the Interim Order or this Second Interim Order; and the right of the SBA to assert set-off rights, if any, against the Pre-Petition Collateral; and it is further

**ORDERED**, that a final hearing on the Motion is scheduled on January 10, 2023 at 11:00 a.m. (EST) before this Court. The Debtor shall promptly mail copies of this Second Interim Order and notice of the final hearing to the parties having been given notice of the Interim Hearing and to any other party which has filed a request for notices with this Court, the twenty (20) largest creditors, the SubChapter V Trustee and to the United States Trustee. Any party in interest objecting to the relief to be sough at the Final Hearing shall serve and file written objections with the United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division) no later than January 9, 2023, which objection shall be served so that the same is received on or before 5:00 p.m. EST on such date by the Court.

Copies to:

Justin Fasano
McNamee Hosea et al.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770

**END OF ORDER**

Dated: Jan 3 2023

/s/ Brian F Kenney
United States Bankruptcy Judge
Entered On Docket: January 3, 2023

Entered on the docket _____

**I ASK FOR THIS**

/s/ Justin P. Fasano
McNamee Hosea, P.A.
Justin P. Fasano, Esquire (VSB 75983)
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
Phone: 301-441-2420
jfasano@mhlawyers.com
*Counsel for KTS Solutions, Inc.*

## **LOCAL BANKRUPTCY RULE 9022-1(C) CERTIFICATION**

Pursuant to LBR 9022-1, I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/* Justin P. Fasano
Justin P. Fasano