**Fill in this information to identify the case:**

Debtor name          **KTS Solutions, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **22-11694-BFK**

■ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
■  Amended *Schedule*   **A/B, D, E/F**
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 23, 2023**        X /s/ Kelvin Smith
                                           Signature of individual signing on behalf of debtor

                                           **Kelvin Smith**
                                           Printed name

                                           **Chief Executive Officer**
                                           Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **KTS Solutions, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | **22-11694-BFK** |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Fundamental Capital LLC 20803 Biscayne Boulevard Suite 300 Miami, FL 33180** | | **Substantially all assets perfectible by UCC** | **Disputed** | **$750,000.00** | **$0.00** | **$750,000.00** |
| **RTW Managment, Inc/ George Goates 1495 E. 3330 S. Salt Lake City, UT 84106** | | | | | | **$583,323.00** |
| **Apex Funding Source LLC 7 Sherwood Drive Lakewood, NJ 08701** | | **Substantially all assets perfectible by UCC** | **Disputed** | **$420,295.53** | **$0.00** | **$420,295.53** |
| **Orange Grove FleetSolutionsLLC 3301 W. Moore Street Richmond, VA 23230** | | | | | | **$356,778.88** |
| **Xerox Financial Services 201 Merrit 7 Norwalk, CT 06856** | | | | | | **$176,320.00** |
| **Enterprise Fleet MGMT 223 Water Country Parkway Williamsburg, VA 23185** | | | | | | **$149,507.52** |
| **U.S. Bank N.A. c/o Bradley Canter Suite 104 Rockville, MD 20850** | | **Various copiers** **Rockville, MD 20850** | | **$140,151.36** | **$0.00** | **$140,151.36** |

| Debtor | **KTS Solutions, Inc.** | | Case number *(if known)* | **22-11694-BFK** |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Moneywell Group 3333 NE 24th Street Suite 311 Miami, FL 33137** | | **Substantially all assets perfectible by UCC** | **Disputed** | **$122,789.00** | **$0.00** | **$122,789.00** |
| **Hewlett Packard Financial Service Company 200 Connell Drive Berkeley Heights, NJ 07922** | | | | | | $101,469.13 |
| **A&T Transportation Services 317 Michael Selby Hampton, VA 23666** | | | | | | $89,208.00 |
| **Samsara 1990 Alameda St, 5th Floor San Francisco, CA 94103** | | | | | | $80,925.88 |
| **Cygna Healthcare 1601 Chestnut Streeet Philadelphia, PA 19192** | | | | | | $78,376.51 |
| **Anthem Blue Cross and Blue Shield 2015 Staples Mill Road Richmond, VA 23230** | | | | | | $75,751.89 |
| **Delta Bridge Funding LLC/ Unique Capital 18851 NE 29th Ave, Suite 700 Miami, FL 33180** | | | **Disputed** | | | $65,330.00 |
| **Capytal.com c/o Ariel Bouskila 80 Broad Street, Suite 3303 New York, NY 10004** | | | | | | $49,500.00 |
| **LIfe EMS, Inc. 127 Cedar Street, N.E. Grand Rapids, MI 49503** | | | | | | $42,465.05 |
| **Fox Capital Group, Inc. 1920 E Hallandale Beach Boulev Suite 505 Hallandale, FL 33009** | | | **Disputed** | | | $32,717.15 |

| Debtor | **KTS Solutions, Inc.** | | Case number *(if known)* | **22-11694-BFK** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **United Health Care 185 Asylum Street Hartford, CT 06103** | | | | | | **$26,000.00** |
| **Charis Services, LLC 8926 Baltimore St # 949 Savage, MD 20763** | | **Loan to pay bankruptcy retainer** | | | | **$25,000.00** |
| **Coast Fuel Silicon Valley Bank Coast PO Box 483 New York, NY 10014** | | **Fuel** | | | | **$24,077.66** |

**Fill in this information to identify the case:**

Debtor name   **KTS Solutions, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **22-11694-BFK**

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*...................................................................... $ _____ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................. $ _____ **4,018,361.48**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................... $ _____ **4,018,361.48**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ **4,535,039.51**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................... $ _____ **42,737.52**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................... +$ _____ **2,697,266.10**

4.  **Total liabilities** ..........................................................................
    Lines 2 + 3a + 3b                                                                    $ _____ **7,275,043.13**

**Fill in this information to identify the case:**

Debtor name    **KTS Solutions, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF VIRGINIA

Case number (if known)   **22-11694-BFK**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                              12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Checking** | **0679** | **$3,481.04** |
| 3.2. | **Wells Fargo** | **Checking** | **0687** | **$529.68** |
| 3.3. | **Wells Fargo** | **Checking** | **8605** | **$10,040.21** |
| 3.4. | **Navy Federal Credit Union** | **Checking** | **0511** | **$15,440.00** |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | **$29,490.93** |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

| Debtor | **KTS Solutions, Inc.** | Case number *(If known)* **22-11694-BFK** |
|---|---|---|
| | Name | |

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1.  **Battle Creek security deposit**                                          **$300.00**

    7.2.  **San Diego Security Deposit**                                      **$25,045.01**

    7.3.  **Portsmouth security deposit**                                     **$2,775.58**

    7.4.  **Durham security deposit**                                         **$2,000.00**

    7.5.  **Gainesville security deposit**                                      **$1,000.00**

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$$\boxed{\text{\$31,120.59}}$$

---

**Part 3:** **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **50,660.15** | - | **0.00** | = .... | **$50,660.15** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | **419,966.80** | - | **0.00** | = .... | **$419,966.80** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | **310,685.00** | - | **0.00** | = .... | **$310,685.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11a. 90 days old or less: | **121,868.00** | - | **0.00** | = .... | **$121,868.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$$\boxed{\text{\$903,179.95}}$$

| Debtor | **KTS Solutions, Inc.** | Case number *(if known)* **22-11694-BFK** |
|---|---|---|
| | Name | |

---

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☐ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                              % of ownership | | |
| 15.1. | **Diversyfund investment**                    % | | **$15,669.57** |

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.     **Total of Part 4.**                                                                          **$15,669.57**

Add lines 14 through 16.  Copy the total to line 83.

---

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**     **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**     **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Coffee Table ($200), Mini-Fridge ($200); Microwave ($50); Coffee Machine ($50); Keurig ($75); 17 office chairs (Augusta) (2,040); 7 desks (Augusta) ($3,850); Conference Room Tabe (Augusta) ($1,850); 5 desks (Richmond) ($1,500); 8  office chairs (Richmond) ($720); 3 chairs (Gainesville) ($375); Conference Room table ($800).** | **$0.00** | | **$11,710.00** |

40.     **Office fixtures**

Debtor   **KTS Solutions, Inc.**
Name

Case number *(If known)* **22-11694-BFK**

---

41. **Office equipment, including all computer equipment and**
**communication systems equipment and software**
**2019 HP Laptop - 15.6" Touchscreen: $588.88**
**2 ASUS Computer Monitors $190.78**
**2 Amazon black HDMI cords: $23.30**
**2020 HP Touchscreen Laptop: $657.19**
**2020 HP Computer Monito: $116.59**
**Slim cordless mouse: $9.53**
**Kinesda 4k HDMI cable: $10.90**
**8.00GB storage HP desktop computer: $550.00**
**2 3.8" HP flat screen monitora: $75**
**Lenovo 15,6" touchscreen laptop:  $550**
**Four dry erase boards: $400**
**1 printer: 150**
**1 copier: $250**
**1 Scanner: $200**
**2 HP Desktop computers $1.000**
**3 HP laptop computers: $2,250**
**3 computer monitors: $450**
**1 laptop computer: $1,000**
**2 iMac computers: $3,600**
**1 MacBook computer: $2,500**
**Misc. office supplies (stapler, staples, hole**
**punch, clips paper , pens ): $150**
**Paper shredder: $75**
**ID badge maker: $900**
**12 Yearlink phones: $1,500**
**3 office computers: $1,500**
**2 laptops: $1,300**
**3 cell phones$1,050**
**2 printers: $500**
**1 scanner: $200**
**2 overhead projectors: $550**
**2 projector screens: $230**
**3 laptops (Augusta): $1950**
**1 laptop (Memphis): 650**
**1 laptop (Gainesville): $650**
**1 cell phone (Gainesville): $350**
**1 cell phone (MS): $350**
**2 laptops (Richmond): $1300**
**2 cell phones (Richmond): $700**
**1 copier (Augusta): $200**

$0.00                              $28,677.17

---

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$40,387.17

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

| Debtor | **KTS Solutions, Inc.** | Case number *(If known)* **22-11694-BFK** |
| --- | --- | --- |
| | Name | |

☐ No.  Go to Part 9.

☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. | **2019 Dodge Grand Caravan (leasehold interest) with approximately 199,505 miles, located in Richmond, Virginia VIN: 2C7WDGBG4KR737277** | $0.00 | | $0.00 |
| 47.2. | **2019 Dodge Grand Caravan (leasehold interest) with approximately 124,993 miles, located in Richmond, Virginia VIN: 2C7WDGBG0KR614897** | $0.00 | | $14,560.00 |
| 47.3. | **2019 Dodge Grand Caravan (leasehold interest) with approximately 167,668 miles, located in Richmond, Virginia VIN: 2C7WDGBGXKR756531** | $0.00 | | $0.00 |
| 47.4. | **2019 Dodge Grand Caravan (lease to own) with approximately 187,824 miles, located in Richmond, Virginia VIN: 2C4RDGBG2HR848588** | $0.00 | | $12,980.00 |
| 47.5. | **2019 Toyota Camry (leasehold interest) located in Virginia, VIN: 4T1B11HK8JU592383** | $0.00 | | Unknown |
| 47.6. | **2019 Toyota Camry (leasehold interest) located in Richmond, Virginia VIN: 4T1B11HK3KU725844** | $0.00 | | Unknown |
| 47.7. | **2019 Chevy Tahoe (leasehold interest) located in Virginia VIN: 1GNSKBKC4KR326792** | $0.00 | | Unknown |
| 47.8. | **2021 Ford Transit 350 (owned) located in Gainesville, Florida with approximately 220,551 miles VIN: 1FDZX2CM8KKA24482** | $0.00 | | $18,200.00 |
| 47.9. | **2021 Ford Transit 350 (leasehold interest) located in Gainesville, Florida with approximately 23,083 miles VIN: 1FBAX2C85MKA15671** | $0.00 | | $0.00 |

| Debtor | **KTS Solutions, Inc.** | Case number *(If known)* **22-11694-BFK** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 47.10. | **2018 Ford Transit 150 (leasehold interest) with approximately 131,540 miles 16,960.00VIN: 1FMZK1CM7JKA14372** | $0.00 | $16,960.00 |
| 47.11. | **2019 Dodge Grand Caravan (leasehold interest) with approximately 108,053 miles, located in Gainesville, Florida VIN: 2C7WDGDG4KR801043** | $0.00 | $0.00 |
| 47.12. | **2019 Dodge Grand Caravan (leasehold interest) with approximately 133,026 miles, located in Gainesville, Florida VIN: 2C7WDGBG7KR803062** | $0.00 | $0.00 |
| 47.13. | **2018 Dodge Grand Caravan (lease to own) with approximately 119,878 miles, located in Gainesville, Florida VIN: 2C4RDGCG6JR209442** | $0.00 | $12,390.40 |
| 47.14. | **2017 Dodge Grand Caravan (lease to own) with approximately 136,192 miles, located in Gainesville, Florida VIN: 2C7WDGBG5HR838627** | $0.00 | $8,435.20 |
| 47.15. | **2019 Dodge Grand Caravan (leasehold interest) with approximately 35,918 miles, located in Gainesville, Florida VIN: 2C7WDGBG5KR805070** | $0.00 | $0.00 |
| 47.16. | **2018 Dodge Grand Caravan (leasehold interest) with approximately 172,976 miles, located in Gainesville, Florida VIN: 2C7WDGBG5KR698876** | $0.00 | $0.00 |
| 47.17. | **2019 Dodge Grand Caravan (leasehold interest) with approximately 24,051 miles, located in Gainesville, Florida VIN: 2C7WDGBG4KR805075** | $0.00 | $0.00 |
| 47.18. | **2020 Chrysler Voyager (leasehold interest) with approximately 21,887 miles, located in Gainesville, Florida VIN: 2C4RC1AG7LR243623** | $0.00 | $0.00 |
| 47.19. | **2019 Dodge Grand Caravan (lease to own) with approximately 99,029 miles, located in Gainesville, Florida VIN: 2C7WDGBG9KR80149** | $0.00 | $18,560.00 |

Debtor    **KTS Solutions, Inc.**                                    Case number *(If known)* **22-11694-BFK**
          Name

| | | |
|---|---|---|
| 47.20. | **2019 Dodge Grand Caravan (lease to own) with approximately 103,898 miles, located in Gainesville, Florida**<br>**VIN: 2C7WDGBG7KR803191** | $0.00 |
| 47.21. | **2019 Dodge Grand Caravan (lease to own) with approximately 30,037 miles, located in Gainesville, Florida**<br>**VIN: 2C7WDGBG2KR801512** | $0.00 |
| 47.22. | **2019 Dodge Grand Caravan (lease to own) with approximately 95,686 miles, located in Gainesville, Florida**<br>**VIN: 2C7WDGBG7KR805121** | $0.00 |
| 47.23. | **2019 Dodge Grand Caravan (leasehold interest) with approximately 106,605 miles, located in Gainesville, Florida**<br>**VIN: 2C7WDGBG5KR808261** | $0.00 |
| 47.24. | **2019 Dodge Grand Caravan (leasehold interest) with approximately 174,683 miles,located in Battle Creek, Michigan**<br>**VIN: 2C4RDGBG9KR780989** | $0.00 |
| 47.25. | **2019 Dodge Grand Caravan (leasehold interest) with approximately 153,086 miles, located in Battle Creek, Michigan**<br>**VIN: 2C7WDGBG6KR727060** | $0.00 |
| 47.26. | **2019 Dodge Grand Caravan (leasehold interest) with approximately 147,071 miles, located in Battle Creek, Michigan**<br>**VIN: 2C4RDGBG9KR758071** | $0.00 |
| 47.27. | **2019 Dodge Grand Caravan (leasehold interest) with approximately 160,305 miles, located in Battle Creek, Michigan**<br>**VIN: 2C7WDGBG7KR745034** | $0.00 |
| 47.28. | **2019 Dodge Grand Caravan (leasehold interest) with approximately 100,724 miles, located in Battle Creek, Michigan**<br>**VIN: 2C7WDGBG3KR678657** | $0.00 |
| 47.29. | **2019 Dodge Grand Caravan (leasehold k interest) with approximately 114,725 miles, located in Battle Creek, Michigan**<br>**VIN: 2C7WDGBG6KR801416** | $0.00 |

Amounts (right column):
- 47.20 — $13,800.00
- 47.21 — $21,200.80
- 47.22 — $20,160.00
- 47.23 — $0.00
- 47.24 — $0.00
- 47.25 — $0.00
- 47.26 — $0.00
- 47.27 — $0.00
- 47.28 — $0.00
- 47.29 — $0.00

| Debtor | **KTS Solutions, Inc.** | | Case number *(If known)* **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.30 · | **2017 Dodge Grand Caravan (lease to own) with approximately 197,259 miles, located in Battle Creek, Michigan VIN: 2C4RDGCG7HR864512** | $0.00 | $11,360.00 |
| 47.31 · | **2017 Dodge Grand Caravan (leasehold interest) with approximately 142,107 miles, located in Battle Creek, Michigan VIN: 2C7WDGBG9KR793585** | $0.00 | $0.00 |
| 47.32 · | **2019 Dodge Grand Caravan (leasehold interest) with approximately 89,255 miles, located in Battle Creek, Michigan VIN: 2C7WDGBG0KR801945** | $0.00 | $0.00 |
| 47.33 · | **2019 Dodge Grand Caravan (leasehold interest) with approximately 84,181 miles, located in Battle Creek, Michigan VIN: 2C7WDGBG8KR803037** | $0.00 | $0.00 |
| 47.34 · | **2019 Dodge Grand Caravan (leasehold interest) with approximately 70,538 miles, located in Battle Creek, Michigan VIN: 2C7WDGBGXKR801094** | $0.00 | $0.00 |
| 47.35 · | **2017 Ford Transit-150 (leasehold interest) with approximately 137,505 miles, located in Durham, North Carolina VIN: 1FMZK1CM5HKB20510** | $0.00 | $0.00 |
| 47.36 · | **2019 Dodge Grand Caravan (leased to own), with approximately 83,802 miles, located in Richmond, Virginia VIN: 2C7WDGBG1KR803154** | $0.00 | $20,320.00 |
| 47.37 · | **2019 Ford Transit-350 (owned) with approximately 150,071 miles, located in Durham, North Carolina VIN: 1FDZX2CMXJKB15848** | $0.00 | $18,200.00 |
| 47.38 · | **2019 Dodge Grand Caravan (leasehold interest) with approximately 63,845 miles, located in Durham, North Carolina VIN: 2C7WDGBG4KR803018** | $0.00 | $0.00 |
| 47.39 · | **2019 Dodge Grand Caravan (lease to own) with approximately 178,515 miles, located in Durham, North Carolina VIN:2C7WDGBG0KR61484** | $0.00 | $11,600.00 |

Debtor    **KTS Solutions, Inc.**                                    Case number *(If known)*  **22-11694-BFK**
          Name

| | | | |
|---|---|---|---|
| 47.40. | **2019 Dodge Grand Caravan (lease to own), with approximately 96,720 miles, located in Durham, North Carolina**<br>**VIN: 2C7WDGBG3KR805066** | $0.00 | $20,160.00 |
| 47.41. | **2019 Dodge Grand Caravan (lease to own), with approximately 149,185 miles, located in Durham, North Carolina**<br>**VIN: 2C7WDGBG4KR614885** | $0.00 | $13,040.00 |
| 47.42. | **2019 Dodge Grand Caravan (lease to own), with approximately 210,296 miles, located in Greenville, North Carolina**<br>**VIN: 2C7WDGBG4KR614918** | $0.00 | $10,070.00 |
| 47.43. | **2019 Dodge Grand Caravan (lease to own), with approximately 170,021 miles, located in Durham, North Carolina**<br>**VIN: 2C7WDGBG7KR614847** | $0.00 | $10,560.00 |
| 47.44. | **2019 Dodge Grand Caravan (lease to own), with approximately 108,339miles, located in Greenville, North Carolina**<br>**VIN: 2C7WDGBG7KR805135** | $0.00 | $15,600.00 |
| 47.45. | **2019 Dodge Grand Caravan (lease to own), with approximately 177,341 miles, located in Greenville, North Carolina**<br>**VIN: 2C7WDGBG8KR678671** | $0.00 | $11,600.00 |
| 47.46. | **2019 Dodge Grand Caravan (lease to own), with approximately 224,917 miles, located in Greenville, North Carolina**<br>**VIN: 2C7WDGBGXKR614891** | $0.00 | $9,512.80 |
| 47.47. | **2019 Dodge Grand Caravan (lease to own), with approximately 80,614miles, located in Greenville, North Carolina**<br>**VIN: 2C7WDGBG5KR678627** | $0.00 | $17,680.00 |
| 47.48. | **2019 Dodge Grand Caravan (leasehold interest), with approximately 154,467 miles, located in Greenville, North Carolina**<br>**VIN: 2C7WDGBG6KR799389** | $0.00 | $0.00 |
| 47.49. | **2019 Dodge Grand Caravan (lease to own), with approximately 203,623 miles, located in Greenville, North Carolina**<br>**VIN: 2C7WDGBG8KR678637** | $0.00 | $11,155.20 |

Debtor   **KTS Solutions, Inc.**                                    Case number *(If known)* **22-11694-BFK**
Name

| | | | |
|---|---|---|---|
| 47.50 · | **2019 Dodge Grand Caravan (lease to own), with approximately 153,245miles, located in Greenville, North Carolina VIN: 2C7WDGBG4KR614899** | $0.00 | $13,160.00 |
| 47.51 · | **2018 Dodge Grand Caravan (lease to own), with approximately 141,186 miles, located in Greenville, North Carolina VIN: 2C7WDGBG6JR363642** | $0.00 | $11,600.00 |
| 47.52 · | **2019 Dodge Grand Caravan (lease to own), with approximately 95,771 miles, located in Durham, North Carolina VIN: 2C7WDGBG9KR799466** | $0.00 | $0.00 |
| 47.53 · | **2019 Dodge Grand Caravan (lease to own), with approximately 162,084 miles, located in Durham, North Carolina VIN: 2C7WDGBG9KR614901** | $0.00 | $12,980.00 |
| 47.54 · | **2019 Dodge Grand Caravan (lease to own), with approximately 183,188 miles, located in Greenville, North Carolina VIN: 2C7WDGBG3KR698889** | $0.00 | $12,711.20 |
| 47.55 · | **2019 Dodge Grand Caravan (lease to own), with approximately 97,055 miles, located in Durham, North Carolina VIN: 2C7WDGBG4KR801480** | $0.00 | $17,680.00 |
| 47.56 · | **2018 Dodge Grand Caravan (lease to own), with approximately 206,335 miles, located in Durham, North Carolina VIN: 2C4RDGCGXJR240077** | $0.00 | $8,960.00 |
| 47.57 · | **2019 Dodge Grand Caravan (lease to own), with approximately 100,996 miles, located in Greenville, North Carolina VIN: 2C7WDGBGXKR799461** | $0.00 | $15,670.00 |
| 47.58 · | **2019 Dodge Grand Caravan (leasehold), with approximately 74,616 miles, located in Durham, North Carolina VIN: 2C7WDGBG3KR793551** | $0.00 | $0.00 |
| 47.59 · | **2019 Dodge Grand Caravan (owned) with approximately 228,569 miles, located in Richmond, Virginia VIN: 2C7WDGBG4KR538603** | $0.00 | $15,000.00 |

Debtor    **KTS Solutions, Inc.**                                    Case number *(If known)*  **22-11694-BFK**
_____
Name

| | | |
|---|---|---|
| 47.60. | **2019 Dodge Grand Caravan (owned), with approximately 217,544 miles, located in Richmond, Virginia VIN: 2C7WDGBG7KR538658** | $0.00 | $15,000.00 |
| 47.61. | **2017 Dodge Grand Caravan (owned), with approximately 243,264 miles, located in Richmond, Virginia VIN: 2C4RDGBG2HR595319** | $0.00 | $13,200.00 |
| 47.62. | **2015 Dodge Grand Caravan (owned), with approximately 220,646 miles, located in Richmond, Virginia VIN: 2C4RDGCG9FR568324** | $0.00 | $12,100.00 |
| 47.63. | **2019 Dodge Grand Caravan (owned), with approximately 201,795 miles, located in Richmond, Virginia VIN: 2C7WDGBG1KR538655** | $0.00 | $15,000.00 |
| 47.64. | **2019 Dodge Grand Caravan, with unknown mileage, located in Richmond, Virginia VIN: 2C7WDGBG9KR698881** | $0.00 | $0.00 |
| 47.65. | **2017 Dodge Grand Caravan (owned), with approximately 258,395 miles, located in Richmond, Virginia VIN: 2C4RDGBG7HR595266** | $0.00 | $11,499.00 |
| 47.66. | **2017 Dodge Grand Caravan (owned), with approximately 266.061 miles, located in Richmond, Virginia VIN: 2C4RDGBGXHR595245** | $0.00 | $11,200.00 |
| 47.67. | **2018 Dodge Grand Caravan (lease to own), with approximately 284,267 miles, located in Richmond, Virginia VIN: 2C4RDGCG2JR208918** | $0.00 | $11,360.00 |
| 47.68. | **2019 Dodge Grand Caravan (owned), with approximately 206,508 miles, located in Richmond, Virginia VIN: 2C7WDGBG8KR538524** | $0.00 | $15,000.00 |
| 47.69. | **2019 Dodge Grand Caravan (lease to own), with approximately 208,691 miles, located in Greenville, North Carolina VIN: 2C7WDGBG5KR678563** | $0.00 | $10,480.00 |
| 47.70. | **2019 Ford Transit 150, with approximately 166,158 miles VIN: ends in 4465** | $0.00 | $21,300.00 |

Debtor    **KTS Solutions, Inc.**
Name                                             Case number *(If known)*  **22-11694-BFK**

| | | | |
|---|---|---|---|
| 47.71. | **2019 Dodge Caravan, with approximately 246,671 miles VIN: ends in 6950** | $0.00 | $15,000.00 |
| 47.72. | **2018 Ford Transit 150 with approximately 199,851 miles VIN: ends in 5844** | $0.00 | $19,522.00 |
| 47.73. | **2018 Ford Transit 350 with approximately 153,671 miles VIN: Ends 5840** | $0.00 | $18,200.00 |
| 47.74. | **2016 Dodge Grand Caravan with approximately 50,428 miles** | $0.00 | $19,200.00 |
| 47.75. | **2018 Dodge Grand Caravan with approximately 39,457 miles** | $0.00 | $23,200.00 |
| 47.76. | **2017 Ford Transit 350 (lease to own), with approximately 123,713 miles VIN: 1FBZX2CM2HKB49091** | $0.00 | $18,000.00 |
| 47.77. | **2018 Ford Transit 150 (lease to own), with approximately 142,800 miles VIN: 1FMZK1CM2JKA02632** | $0.00 | $16,400.00 |
| 47.78. | **2019 Dodge Grand Caravan (lease to own), with approximately 99,011 miles VIN: 2C7WDGBG5KR641805** | $0.00 | $18,560.00 |
| 47.79. | **2022 Ford F-550 (leasehold interest) with approximately 22,366 miles VIN: 1FDUF5GN6NEC29318** | $0.00 | $0.00 |
| 47.80. | **2022 Ford F-550 (leasehold interest), with approximately 10,547 miles VIN: 1FDUF5GN2NEC75857** | $0.00 | $0.00 |
| 47.81. | **2021 Ford F-550 (leasehold interest) with approximately 11,455 miles VIN: 1FDAF5GY1KDA27761** | $0.00 | $0.00 |
| 47.82. | **2018 Dodge Grand Caravan (lease to own) with approximately 189,400 miles VIN: 2C4RDGCG9JR267108** | $0.00 | $9,294.08 |
| 47.83. | **2022 Ford F-550 (leasehold interest) with approximately 15,864 miles VIN: 1FDUF5GN4EC75858** | $0.00 | $0.00 |

| Debtor | **KTS Solutions, Inc.** | Case number *(If known)* **22-11694-BFK** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 47.84· | **2022 Ford F-550 (leasehold interest), with approximately 15,522 miles VIN: 1FDUF5GN3NEC20124** | $0.00 | $0.00 |
| 47.85· | **2022 Ford F-550 (leasehold interest), with approximately 15,806 miles VIN: 1FDUF5GN3NEC3858** | $0.00 | $0.00 |
| 47.86· | **2017 Dodge Grand Caravan (owned) with a VIN ending in 80431** | $0.00 | $11,200.00 |
| 47.87· | **2017 Dodge Grand Caravan with a VIN ending in 80430** | $0.00 | $11,200.00 |
| 47.88· | **2017 Dodge Grand Caravan (owned) with a VIN ending in 80457** | $0.00 | $11,200.00 |
| 47.89· | **2018 Ford Transit-350 with 153,671 miles and a VIN ending in 5850** | $0.00 | $18,200.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**

   Add lines 47 through 50. Copy the total to line 87.

   | $791,180.68 |
   |---|

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

| Debtor | **KTS Solutions, Inc.** | Case number *(If known)* | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.     **Notes receivable**
   Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **ERTC Credit** | **$1,345,900.00** |
|---|---|

| **ERTC Credit** | **$861,432.59** |
|---|---|

78.     **Total of Part 11.**                                                          | **$2,207,332.59** |

   Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

| Debtor | **KTS Solutions, Inc.** | Case number *(If known)* **22-11694-BFK** |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $29,490.93 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $31,120.59 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $903,179.95 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $15,669.57 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $40,387.17 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $791,180.68 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,207,332.59 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,018,361.48 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $4,018,361.48 |

**Fill in this information to identify the case:**

Debtor name **KTS Solutions, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known) **22-11694-BFK**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.1** **Action Capital Corporation**
Creditor's Name

**PO Box 56346**
**Atlanta, GA 30343**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Substantially assets perfectible by UCC**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$839,438.35**    Value of collateral: **$0.00**

---

**2.2** **Apex Funding Source LLC**
Creditor's Name

**7 Sherwood Drive**
**Lakewood, NJ 08701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**Substantially all assets perfectible by UCC**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$420,295.53**    Value of collateral: **$0.00**

---

| Debtor | KTS Solutions, Inc. | Case number (if known) | 22-11694-BFK |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Automotive Credit Corporation** | Describe debtor's property that is subject to a lien | $6,832.00 | $11,200.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 Grand Caravan ending in 80431** | | |

**26261 Evergreen Road
Suite 300
Southfield, MI 48076**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Automotive Credit Corporation** | Describe debtor's property that is subject to a lien | $5,442.97 | $11,200.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 Dodge Caravan with VIN ending in 80427** | | |

**26261 Evergreen Road
Suite 300
Southfield, MI 48076**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Automotive Credit Corporation** | Describe debtor's property that is subject to a lien | $6,670.12 | $11,200.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 Dodge Grand Caravan  with VIN ending in 80430** | | |

**26261 Evergreen Road
Suite 300
Southfield, MI 48076**
Creditor's mailing address

Describe the lien

---

| Debtor | KTS Solutions, Inc. | | Case number (if known) | 22-11694-BFK |
|---|---|---|---|---|
| | Name | | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Automotive Credit Corporation** | Describe debtor's property that is subject to a lien | $6,779.20 | $11,200.00 |
|---|---|---|---|---|

Creditor's Name

**26261 Evergreen Road Suite 300 Southfield, MI 48076**

**2017 Dodge Grand Caravan wtih VIN ending in 80547**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **BIZFUND, LLC** | Describe debtor's property that is subject to a lien | $16,428.57 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2371 McDonald Ave Brooklyn, NY 11223**

**Substantially all assets perfectible by UCC**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **Chrysler Capital** | **Describe debtor's property that is subject to a lien** | $14,283.32 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**2019 Dodge Grand Caravan VIN ending 8655**

**P.O. Box 961275
Fort Worth, TX 76161**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Chrysler Capital** | **Describe debtor's property that is subject to a lien** | $14,283.31 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**2019 Dodge Grand Caravan VIN ending 38524**

**P.O. Box 961275
Fort Worth, TX 76161**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Chrysler Capital** | **Describe debtor's property that is subject to a lien** | $14,283.31 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**2019 Dodge Grand Caravan VIN ending 8603**

**P.O. Box 961275
Fort Worth, TX 76161**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.1 1** | **Chrysler Capital** | **Describe debtor's property that is subject to a lien** | $14,288.43 | $15,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 DOdge Grand Caravan VIN ending 8658** | | |

**P.O. Box 961275**
**Fort Worth, TX 76161**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.1 2** | **Chrysler Capital** | **Describe debtor's property that is subject to a lien** | $14,283.31 | $15,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Dodge Grand caravan** | | |

**P.O. Box 961275**
**Fort Worth, TX 76161**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.1 3** | **Chrysler Capital** | **Describe debtor's property that is subject to a lien** | $14,283.31 | $15,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2019 Dodge Grand Caravan VIN ends 6950** | | |

**P.O. Box 961275**
**Fort Worth, TX 76161**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 10

| Debtor | **KTS Solutions, Inc.** | | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|---|
| | Name | | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Ford Motor Credit Company** | **Describe debtor's property that is subject to a lien** | **$10,718.09** | **$18,200.00** |
|---|---|---|---|---|
| | Creditor's Name | **2021 Ford Transit 350 with VIN ending 24482** | | |

**One America Road
Dearborn, MI 48126**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Ford Motor Credit Company** | **Describe debtor's property that is subject to a lien** | **$8,346.04** | **$18,200.00** |
|---|---|---|---|---|
| | Creditor's Name | **2019 FOrd-Transit 350 with VIN ending 15848** | | |

**One America Road
Dearborn, MI 48126**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 10

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16**  **Ford Motor Credit Company**
Creditor's Name

**One America Road**
**Dearborn, MI 48126**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2019 Ford Transit 150 with VIN ending in 4465**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$10,080.11     $21,300.00

---

**2.17**  **Ford Motor Credit Company**
Creditor's Name

**One America Road**
**Dearborn, MI 48126**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2018 Ford Transit 150 with VIN ending in 5844**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$9,926.43     $19,522.00

---

**2.18**  **Ford Motor Credit Company**
Creditor's Name

**One America Road**
**Dearborn, MI 48126**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2018 Ford Transit 350 with VIN ending in 5840**

Describe the lien

$8,277.50     $18,200.00

---

Debtor **KTS Solutions, Inc.**
Name

Case number (if known) **22-11694-BFK**

| | |
|---|---|
| Creditor's email address, if known | Is the creditor an insider or related party? |
| | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.19**

**Fundamental Capital LLC**
Creditor's Name

**20803 Biscayne Boulevard Suite 300**
**Miami, FL 33180**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Substantially all assets perfectible by UCC**

$750,000.00            $0.00

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.20**

**Moneywell Group**
Creditor's Name

**3333 NE 24th Street Suite 311**
**Miami, FL 33137**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Substantially all assets perfectible by UCC**

$122,789.00            $0.00

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 1 | **U.S. Bank N.A.** | Describe debtor's property that is subject to a lien | $140,151.36 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Various copiers** | | |

**c/o Bradley Canter**
**Suite 104**
**Rockville, MD 20850**
Creditor's mailing address

**Rockville, MD 20850**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **U.S. Small Business Administra** | Describe debtor's property that is subject to a lien | $2,087,159.25 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Substantially assets perfectible by UCC** | | |

**409 3rd Street, S.W**
**Washington, DC 20416**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,535,039.51 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Debtor    **KTS Solutions, Inc.**
Name

Case number (*if known*)    **22-11694-BFK**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Yehuda Klein**<br>**The Klein Law Firm, LLC**<br>**P.O. Box 714**<br>**Lakewood, NJ 08701** | Line **2.2** | |

**Fill in this information to identify the case:**

Debtor name  **KTS Solutions, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA

Case number (if known)  **22-11694-BFK**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$861.91** | **$861.91** |
| **City of Battle Creek**<br>**PO Box 1657**<br>**Battle Creek, MI 49016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
| **City of Benton Harbor**<br>**PO Box 597**<br>**Benton Harbor, MI 49023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,426.15 | $3,426.15 |
|---|---|---|---|---|

**City of Grand Rapids**
**PO Box 347**
**Grand Rapids, MI 49501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.82 | $46.82 |
|---|---|---|---|---|

**City of Muskegon**
**PO Box 29**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,317.59 | $4,317.59 |
|---|---|---|---|---|

**Comptroller of Maryland**
**Revenue Administration Divisio**
**PO Box 549**
**Annapolis, MD 21411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,687.03 | $5,687.03 |
|---|---|---|---|---|

**Employment Development Dept.**
**State of California**
**PO Box 997418**
**Sacramento, CA 95899**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,789.43 | $3,789.43 |
|---|---|---|---|---|

**Florida Department of Revenue**
**5050 West Tennessee Street**
**Tallahassee, FL 32399**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $893.64 | $893.64 |
|---|---|---|---|---|

**Georgia Department of Labor**
**PO Box 740234**
**Atlanta, GA 30374**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,581.67 | $1,581.67 |
|---|---|---|---|---|

**Georgia Department of Revenue**
**Taxpayer Services Division**
**PO Box 105499**
**Atlanta, GA 30348**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Indiana Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | | Case number (*if known*) | **22-11694-BFK** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,124.15 | $2,124.15 |
|---|---|---|---|---|

**Michigan Dept of Treasury**
**Collection Services Bureau**
**PO Box 30199**
**Lansing, MI 48909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,335.79 | $1,335.79 |
|---|---|---|---|---|

**North Carolina Dept of Commerc**
**PO Box 25903**
**Raleigh, NC 27611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,463.00 | $17,463.00 |
|---|---|---|---|---|

**North Carolina Dpt of Revenue**
**P.O. Box 25000**
**Raleigh, NC 27640-0615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**South Carolina Dept of Revenue**
**PO Box 100161**
**Columbia, SC 29202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $919.67 | $919.67 |
|---|---|---|---|---|

**State of Michigan**
**Dept of Lic. and Reg. Affs.**
**3024 W. Grand Blvd Ste 11-500**
**Detroit, MI 48202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.90 | $81.90 |
|---|---|---|---|---|

**Texas Workforce Commission**
**Tax Dept.**
**2505 Lakeview Dr., Suite 300**
**Amarillo, TX 79109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.77 | $208.77 |
|---|---|---|---|---|

**Virginia Employment Commission**
**P.O. Box 27592**
**Richmond, VA 23261-6441**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,160.00 |
|---|---|---|---|

**8888 San Diego LLC**
**PO Box 7930**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **lease**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,208.00 |
|---|---|---|---|

**A&T Transportation Services**
**317 Michael Selby**
**Hampton, VA 23666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|---|
| | Name | | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,504.61 |
|---|---|---|---|

**Abel L. Fernandez**
**100 country club Dr**
**Chula Vista, CA 91911**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,102.29 |
|---|---|---|---|

**Alan Gunn**
**713 Grant St**
**Durham, NC 27701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $733.16 |
|---|---|---|---|

**Alberto R. Villacorte**
**1795 Southpoint Dr.**
**Bonita, CA 91902**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $453.79 |
|---|---|---|---|

**Alexus F. Davis**
**318 Bowen Fls**
**Grovetown, GA 30813**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,190.00 |
|---|---|---|---|

**Alhassan Allieu**
**1169 W 28 St**
**Jacksonville, FL 32209**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $563.87 |
|---|---|---|---|

**Ample Storage Center**
**225 Peedin Road**
**Smithfield, NC 27577**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Storage**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,072.68 |
|---|---|---|---|

**Angel M. Molina**
**6161 Tuscony Cir**
**Jacksonville, FL 32277**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$57.76** |
|---|---|---|---|

**Angie L. Meredith-Edmonds**
**1156 Lone Pine Road**
**Crewe, VA 23930**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,138.41** |
|---|---|---|---|

**Anita M. Mohamed**
**965 Menominee St**
**204**
**Muskegon, MI 49444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,751.89** |
|---|---|---|---|

**Anthem Blue Cross**
**and Blue Shield**
**2015 Staples Mill Road**
**Richmond, VA 23230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,059.71** |
|---|---|---|---|

**Anthony Deloatch**
**1801 Lyndover Road**
**Richmond, VA 23222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,867.93** |
|---|---|---|---|

**Anthony W. Margo**
**7142 King Street**
**Keystone Heights, FL 32656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,029.27** |
|---|---|---|---|

**Antonio C. Rudolph**
**10450 6 Mile Road**
**Lot 143**
**Battle Creek, MI 49014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,023.53** |
|---|---|---|---|

**Antwan O. Thomas**
**283 Pistachio Pl**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,211.61** |
|---|---|---|---|

**Armis Hutton**
**954 Myra Avenue**
**Chula Vista, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

**Arsenal Funding**
**8th W. 36 Street**
**7th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2/3/22

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,737.66** |
|---|---|---|---|

**Athletico**
**600 Oakmont Lane**
**Westmont, IL 60559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$546.48** |
|---|---|---|---|

**Austin W. Lamm**
**1872 NC Highway 33 East**
**Tarboro, NC 27886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,917.89** |
|---|---|---|---|

**Automotive Credit Corporation**
**26261 Evergreen Road**
**Suite 300**
**Southfield, MI 48076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,799.59** |
|---|---|---|---|

**Barbara Wallace**
**3732 N. Dequincy Street**
**Indianapolis, IN 46218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00** |
|---|---|---|---|

**Beneco/ Ascensus**
**23693 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,114.05** |
|---|---|---|---|
| | **Black Coach Transportation Service LLC**<br>**500 Gilliam Street Apt 2**<br>**Wildwood, FL 34785** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,778.17** |
|---|---|---|---|
| | **Blanchard and Calhoun Real Estate Co**<br>**601 Scott Nixon Memorial Drive**<br>**Augusta, GA 30907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,546.29** |
|---|---|---|---|
| | **Bobby L. Elderpass**<br>**1405 NW 16th Court**<br>**Ocala, FL 34475** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,808.26** |
|---|---|---|---|
| | **Branden M. Brown**<br>**3301 SW 13th Street**<br>**W306**<br>**Gainesville, FL 32608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.15** |
|---|---|---|---|
| | **Brandon Allen**<br>**1860 kinsaul Willoughby Road**<br>**Greenville, NC 27834** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$619.44** |
|---|---|---|---|
| | **Brian M. Bailey**<br>**5621 Kellar Circle**<br>**Jacksonville, FL 32218** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,291.14** |
|---|---|---|---|
| | **Brittney Wallace**<br>**2008 Fairfax Ave**<br>**Richmond, VA 23234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **KTS Solutions, Inc.** | | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$49,500.00** |
|---|---|---|---|
| | **Capytal.com** | ☐ Contingent | |
| | **c/o Ariel Bouskila** | ☐ Unliquidated | |
| | **80 Broad Street, Suite 3303** | ☐ Disputed | |
| | **New York, NY 10004** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,747.96** |
|---|---|---|---|
| | **Carlos H. Herrera** | ☐ Contingent | |
| | **3417 SW 28th Terrace** | ☐ Unliquidated | |
| | **D** | ☐ Disputed | |
| | **Gainesville, FL 32608** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,037.84** |
|---|---|---|---|
| | **Cassandra C. Davis** | ☐ Contingent | |
| | **1905 Chelsea Street** | ☐ Unliquidated | |
| | **Richmond, VA 23223** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$334.17** |
|---|---|---|---|
| | **Celeste M. Bowens Martin** | ☐ Contingent | |
| | **5233 E 34th St** | ☐ Unliquidated | |
| | **Indianapolis, IN 46218** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,000.00** |
|---|---|---|---|
| | **Charis Services, LLC** | ☐ Contingent | |
| | **8926 Baltimore St # 949** | ☐ Unliquidated | |
| | **Savage, MD 20763** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  **Loan to pay bankruptcy retainer** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,369.63** |
|---|---|---|---|
| | **Charlie H. Riess** | ☐ Contingent | |
| | **7142  King Street** | ☐ Unliquidated | |
| | **Keystone Heights, FL 32656** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$442.52** |
|---|---|---|---|
| | **Charter Communications** | ☐ Contingent | |
| | **PO Box 4617** | ☐ Unliquidated | |
| | **Carol Stream, IL 60197** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$619.12** |
|---|---|---|---|

**Chasity L. Bryant**
**2912 Gebhardt Drive**
**Hephzibah, GA 30815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chaundra N. Rentz**
**671 ne Coldwater Ave**
**Lake City, FL 32055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,195.15** |
|---|---|---|---|

**CheckR, Inc.**
**1 Montgomery Street**
**Suite 2400**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,680.47** |
|---|---|---|---|

**Chrysler Capital**
**P.O. Box 961275**
**Fort Worth, TX 76161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,332.24** |
|---|---|---|---|

**Chynisha Mayo**
**2346 Carmine street**
**Richmond, VA 23223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,077.66** |
|---|---|---|---|

**Coast Fuel**
**Silicon Valley Bank Coast**
** PO Box 483**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Fuel**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,119.33** |
|---|---|---|---|

**Cocoa L. Holloway-Blankenship**
**467 Main St**
**106**
**Winterville, NC 28590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,002.60** |

**Comdata**
**PO Box 1848**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,252.50** |

**Concentra**
**5080 Spectrum Drive**
**1200 West Tower**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,448.89** |

**Conrad Johnson**
**1847 Buckner Street**
**Petersburg, VA 23805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,889.27** |

**Corey A. Sheppard**
**3810 Dominion Townes Circle**
**Richmond, VA 23223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,243.10** |

**Corey Jackson**
**13801 Kentwood Forest Drive**
**Chester, VA 23831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,423.63** |

**Cornelius Williams**
**201 Johnson Ln**
**Henderson, NC 27537**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,014.46** |

**Craig A. Thompson**
**4130  Bostic Drive**
**202**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|---|
| | Name | | | |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$78,376.51**

**Cygna Healthcare**
**1601 Chestnut Streeet**
**Philadelphia, PA 19192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$872.16**

**Damaris (Dee) C. Patterson**
**205 New Road**
**Scranton, NC 27875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$124.22**

**Darnesha S. Henderson**
**8702 Pellington PL**
**8**
**Henrico, VA 23294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$628.07**

**Daryl Burnette**
**192 Rabbit Pen Road**
**Mebane, NC 27302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,931.84**

**David A. Hazeltine**
**6693 Pleasantview Street**
**Rockford, MI 49341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$756.28**

**David C. Hamby**
**9439 San Jose Blvd**
**Apt 132**
**Jacksonville, FL 32257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$863.47**

**David Leak**
**22141 Jordan Height Dr**
**Petersburg, VA 23803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | | Case number (*if known*) | **22-11694-BFK** |
| | Name | | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,202.12**

**Davieon Brandon**
**12143 Warfield Estates Dr**
**Chester, VA 22831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,186.23**

**Davone K. Singleton**
**P.O. Box 24832**
**Richmond, VA 23224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,820.17**

**Dayvonne O. Lewis**
**1056 saint Paul st**
**Richmond, VA 23220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,330.00**

**Delta Bridge Funding LLC/**
**Unique Capital**
**18851 NE 29th Ave, Suite 700**
**Miami, FL 33180**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$168.80**

**Dennis S. Evans**
**18029 Highway Fifty Eight**
**Boydton, VA 23917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$228.48**

**Dexter Mcneil**
**7751 Crystal Springs Circle**
**106**
**Raleigh, NC 27617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$457.52**

**Dominique E. Wilson**
**3600 Queen Mary Court**
**C**
**Richmond, VA 23223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,205.52**

**Donal Morrison**
**11332 Howards Mill Road**
**Glen Allen, VA 23059**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,654.05**

**Donald Smith**
**2444 Bullock St**
**Winterville, NC 28590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$313.45**

**Dontay E. Fish**
**7703 Jasper Ave**
**319**
**Jacksonville, FL 32211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$182.52**

**Doris Griffin**
**1830 Walker Avenue**
**Petersburg, VA 23803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$634.56**

**Douglas Graham**
**1520 Ethridge Dr**
**Richmond, VA 23226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,592.23**

**Douglas Smith**
**3507 Moody Ave**
**Richmond, VA 23225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$207.00**

**Duke Health Services**
**PO Box 751274**
**Charlotte, NC 28275**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,325.36** |
|---|---|---|---|

**Earl Tyler**
**30 Moorwood Ridge Dr**
**Richmond, VA 23236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,411.36** |
|---|---|---|---|

**Edmund M. Lorenzo**
**2618 Jasmine Street**
**National City, CA 91950**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,388.30** |
|---|---|---|---|

**Edward C. Penny**
**2803 ne 9th st**
**Gainesville, FL 32609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,518.50** |
|---|---|---|---|

**Edward S. Archer**
**7107 Apple Orchard Road**
**Richmond, VA 23235**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131.43** |
|---|---|---|---|

**Efren Castillo**
**1639 Puterbaugh St**
**8**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$181.76** |
|---|---|---|---|

**Elevert Leslie**
**1708 Glasgow st**
**Durham, NC 27705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149,507.52** |
|---|---|---|---|

**Enterprise Fleet MGMT**
**223 Water Country Parkway**
**Williamsburg, VA 23185**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Basis for the claim:** _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (*if known*) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.33 |
|---|---|---|---|

**Eric Rosado**
**2517 Sawgrass Dr**
**Winterville, NC 28590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33.84 |
|---|---|---|---|

**Fatima C. Andrews**
**3101 Ne 15 St**
**C12**
**Gainesville, FL 32609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,188.78 |
|---|---|---|---|

**Ford Motor Credit Company**
**One America Road**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,717.15 |
|---|---|---|---|

**Fox Capital Group, Inc.**
**1920 E Hallandale Beach Boulev**
**Suite 505**
**Hallandale, FL 33009**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,294.54 |
|---|---|---|---|

**Frank Sneed**
**35 Buttonwood Court**
**Youngsville, NC 27596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,363.86 |
|---|---|---|---|

**Gary Day**
**604 13th St**
**Butner, NC 27509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,551.18 |
|---|---|---|---|

**George Foster**
**2045 Garry Ct**
**Creedmoor, NC 27522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **KTS Solutions, Inc.** | Case number (*if known*) | **22-11694-BFK** |
|---|---|---|---|

Name

---

**3.87** | **Nonpriority creditor's name and mailing address**

**Glenn S. Jones**
**3003 Collins Road**
**Richmond, VA 23223**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,344.21**

---

**3.88** | **Nonpriority creditor's name and mailing address**

**Greg J. Lawton**
**PO BOX 346**
**Sparr, FL 32192**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,969.62**

---

**3.89** | **Nonpriority creditor's name and mailing address**

**Gregory Kearney**
**2229 Wilkins St**
**Burlington, NC 27217**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,184.68**

---

**3.90** | **Nonpriority creditor's name and mailing address**

**Griffin Associates Realtors**
**1816 Front St**
**Suite 110**
**Durham, NC 27705**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,159.99**

---

**3.91** | **Nonpriority creditor's name and mailing address**

**Guardian**
**PO Box 677458**
**Dallas, TX 75267**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,402.00**

---

**3.92** | **Nonpriority creditor's name and mailing address**

**Harvey Lindsay Commercial Real**
**999 Waterside Drive**
**Norfolk, VA 23510**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,586.10**

---

**3.93** | **Nonpriority creditor's name and mailing address**

**Hewlett Packard Financial**
**Service Company**
**200 Connell Drive**
**Berkeley Heights, NJ 07922**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$101,469.13**

---

| Debtor | **KTS Solutions, Inc.** | | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|---|
| | Name | | | |

---

**3.94**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $588.27 |
| **Howard D. Johnson** | |
| **625 ne 1st street** | |
| **%** | |
| **Gainesville, FL 32601** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.95**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $2,200.00 |
| **HRC Mast One LLC** | |
| **12350 Jefferson Avenue** | |
| **Suite 300** | |
| **Newport News, VA 23602** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $454.16 |
| **J G. Carroll** | |
| **3160 Huguenot Trail** | |
| **Powhatan, VA 23139** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $3,038.73 |
| **Jaime Santos Flores** | |
| **1490 S 38th Street** | |
| **San Diego, CA 92113** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $124.15 |
| **Jamal R. Muhammad** | |
| **2212 West 42nd** | |
| **Indianapolis, IN 46228** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $1,765.94 |
| **Jamel T. Overton** | |
| **1000 Forest Village** | |
| **11** | |
| **Fredericksburg, VA 22401** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $5,965.20 |
| **James Reith** | |
| **15717 South Crater Rd.** | |
| **Petersburg, VA 23805** | |

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

**3.101** | Nonpriority creditor's name and mailing address

**Jasmine E. Mciver**
**3137 Adell Way**
**Durham, NC 27703**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☒ No ☐ Yes

**$2,322.48**

---

**3.102** | Nonpriority creditor's name and mailing address

**JAX Patient Care, Inc.**
**1431 Riverplace Blvd**
**Apt 1404**
**Jacksonville, FL 32207**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☒ No ☐ Yes

**$1,209.83**

---

**3.103** | Nonpriority creditor's name and mailing address

**Jay N. Moore**
**647 Butler Springs Circle**
**Grovetown, GA 30813**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☒ No ☐ Yes

**$4,029.55**

---

**3.104** | Nonpriority creditor's name and mailing address

**Jeanna Parker**
**5442 Pheasant Court**
**Indianapolis, IN 46254**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☒ No ☐ Yes

**$581.62**

---

**3.105** | Nonpriority creditor's name and mailing address

**Jeffrey Husak**
**11371 Lorena lane**
**El Cajon, CA 92020**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☒ No ☐ Yes

**$5,549.92**

---

**3.106** | Nonpriority creditor's name and mailing address

**Jeffrey Wiggins**
**6757 Snow White Drive**
**Jacksonville, FL 32210**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☒ No ☐ Yes

**$1,454.20**

---

**3.107** | Nonpriority creditor's name and mailing address

**Jemale E. Lacey**
**230 Riverside Drive**
**Apt 2**
**Battle Creek, MI 49015**

**Date(s) debt was incurred** ___

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

Is the claim subject to offset? ☒ No ☐ Yes

**$514.04**

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,483.88** |
|---|---|---|---|

**Jesse E. Jason**
**1145 E. Barham Drive. SPC 238**
**238**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,439.22** |
|---|---|---|---|

**John H. Mincey**
**6406 Kingsland Creek Lane**
**Chesterfield, VA 23832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,378.03** |
|---|---|---|---|

**John P. Smitha**
**425 Vera Ct.**
**8**
**Fortville, IN 46040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,399.38** |
|---|---|---|---|

**John Smith**
**6405 Leisure Terr.**
**Richmond, VA 23237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,454.44** |
|---|---|---|---|

**Joseph M. Valbuena**
**6645 Parkside Avenue**
**San Diego, CA 92139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,452.55** |
|---|---|---|---|

**Josephine Blount**
**706 Howell St**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,856.43** |
|---|---|---|---|

**Joy-Ann Melville**
**1840 killingsworth rd**
**Q3**
**Augusta, GA 30904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,260.00** |
|---|---|---|---|

**JPRS, Inc. (dissolved)**
**399 Levi Hollow Road**
**Lawrenceburg, TN 38464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,545.75** |
|---|---|---|---|

**Juan F. Fuentes**
**1555 Mendocino Drive**
**156**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,537.16** |
|---|---|---|---|

**Justina L. Soto**
**4137 Highland Ave**
**1**
**San Diego, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,768.92** |
|---|---|---|---|

**Karen Demps**
**6815 Silverbrook Dr**
**Spotsylvania, VA 22553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,519.25** |
|---|---|---|---|

**Karen V. Dunn**
**6101 Nelson Court**
**Indianapolis, IN 46219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,705.77** |
|---|---|---|---|

**Keisha S. Wade**
**1102 Townsend Blvd**
**27**
**Fredericksburg, VA 22401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,898.94** |
|---|---|---|---|

**Kenneth E. Jackson**
**365 University Blvd N.**
**Jacksonville, FL 32211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **KTS Solutions, Inc.** | Case number (*if known*) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$813.73** |

**Kevin McCoy**
**8710 Holly Hill Road**
**Henrico, VA 23229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,280.41** |

**Kevin Morgam**
**718 Pitch Pine Dr**
**Creedmoor, NC 27522**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$692.15** |

**Kieara R. Davenport**
**1125 Commerce RD**
**40**
**Richmond, VA 23224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$695.46** |

**Laverna D. Berger**
**10492 NE 120th Street**
**Archer, FL 32618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,078.94** |

**Legacy**
**205 Garden City Plaza**
**Garden City, NY 11530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$458.60** |

**Legalshield**
**PO BOx 2629**
**Ada, OK 74821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$843.57** |

**Leonard M. Magalhaes**
**3190 Hardie St**
**Creedmoor, NC 27522**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,465.05** |
|---|---|---|---|

**LIfe EMS, Inc.**
**127 Cedar Street, N.E.**
**Grand Rapids, MI 49503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,979.83** |
|---|---|---|---|

**Lusilla I. Bane**
**13908 Bridgetown ct**
**Chester, VA 23831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,988.74** |
|---|---|---|---|

**Mabaki Y. Hudson**
**3312 Brouse Avenue**
**Indianapolis, IN 46218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,398.39** |
|---|---|---|---|

**Mark Shelton**
**3501 Missouri Ave**
**Richmond, VA 23222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,124.85** |
|---|---|---|---|

**Marquil Burrell**
**1439 Newcastle rd**
**A1**
**Durham, NC 27704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,784.18** |
|---|---|---|---|

**Mary S. Britt**
**7516 Fawnbrook Dr**
**Hillsborough, NC 27278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,426.19** |
|---|---|---|---|

**Mattew White**
**7700 MIDDLEFIELD MEWS**
**Chesterfield, VA 23832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,568.41** |
|---|---|---|---|

**Melissa J. Whitlock**
**1246 Granger Street**
**Imperial Beach, CA 91932**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,765.63** |
|---|---|---|---|

**Melvin L. Wilson**
**3609 Chamberlayne Ave**
**Apt 18**
**Richmond, VA 23227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$213.28** |
|---|---|---|---|

**Melvin Rivera**
**341 SE 35th St**
**Ocala, FL 34471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,909.58** |
|---|---|---|---|

**Michael Anderson**
**10 E 35th st**
**Richmond, VA 23224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,344.54** |
|---|---|---|---|

**Michael Harris**
**16037 Archers Creek Ln**
**Amelia Court House, VA 23002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,937.53** |
|---|---|---|---|

**Mobility 1 Transport LLC**
**123 North Main St # 3**
**Bellevue, MI 49021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147.78** |
|---|---|---|---|

**Nathathial C. Howell**
**38 Wiltshire Ave**
**Battle Creek, MI 49015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (*if known*) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Navarre Corporation**
**7649 Gulf Blvd.**
**Jay, FL 32565**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Bid Protest**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$386.12** |
|---|---|---|---|

**Novella Robinson**
**4201 Chamberlayne Avenue**
**Apt B**
**Richmond, VA 23227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$356,778.88** |
|---|---|---|---|

**Orange Grove FleetSolutionsLLC**
**3301 W. Moore Street**
**Richmond, VA 23230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,307.00** |
|---|---|---|---|

**Patient First**
**5000 Cox Road**
**Glen Allen, VA 23060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$848.60** |
|---|---|---|---|

**Patricia D. Suber**
**1847 Buckner St.**
**Petersburg, VA 23805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,373.79** |
|---|---|---|---|

**Paul S. Jenkins**
**151 Ballantyne Street**
**#5**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176.40** |
|---|---|---|---|

**Pedro G. Garnica**
**181 Willow Rd**
**SPC 64**
**San Ysidro, CA 92173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | KTS Solutions, Inc. | | Case number (if known) | 22-11694-BFK |
|---|---|---|---|---|
| | Name | | | |

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,594.77**

Pedro L. Rosa
444 S. Lincoln Ave.
B
El Cajon, CA 92020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66.38**

Porshe M. Howell
5847 Carver Pines Court
Jacksonville, FL 32219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$343.95**

Pre-Paid Legal Services, Inc.
1 Prepaid Way
Ada, OK 74820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,284.32**

Professional Med Team
965 Fork Street
Muskegon, MI 49442

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,324.79**

Q S. Oyebamiji
6124 WestLake South Drive
Apt C
Indianapolis, IN 46224

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$221.97**

Rafael P. Blas
10492 NE 120TH STREET
Archer, FL 32618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,388.84**

Rashawn Jefferson
2013 N 28Th St
Richmond, VA 23223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number *(if known)* | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$389.00** |
|---|---|---|---|

**Regus Management Group LLC**
**15305 Dallas Parkway**
**Suite 1400**
**Addison, TX 75001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Office Space__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,917.78** |
|---|---|---|---|

**Richard R. Smith**
**1324 NW 16th Avenue**
**53**
**Gainesville, FL 32605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,210.58** |
|---|---|---|---|

**Robert A. Robinson**
**3201 Cullenwood Dr**
**Richmond, VA 23234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,064.24** |
|---|---|---|---|

**Robert C. Johnson**
**2473 Harding Ave**
**Muskegon, MI 49441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,234.33** |
|---|---|---|---|

**Ronald L. Anderson**
**7809 Marshall Arch Dr**
**Mechanicsville, VA 23111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Rory Gillrup**
**c/o Morgan and Morgan**
**PO Box 530244**
**Atlanta, GA 30353-0244**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Claim from accident__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37.13** |
|---|---|---|---|

**Roy L. Ellis**
**1745 Westpointe Dr**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$583,323.00** |
|---|---|---|---|

**RTW Managment, Inc/**
**George Goates**
**1495 E. 3330 S.**
**Salt Lake City, UT 84106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$626.81** |
|---|---|---|---|

**Samdrena Johnson**
**365 University Blvd N**
**Jacksonville, FL 32211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,925.88** |
|---|---|---|---|

**Samsara**
**1990 Alameda St, 5th Floor**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,448.88** |
|---|---|---|---|

**Samuel Hardy**
**4500 Falling Creek Circle**
**Richmond, VA 23234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$905.83** |
|---|---|---|---|

**Sandra T. Mendez Hill**
**1187 grove Avenue**
**C**
**Imperial Beach, CA 91932**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$307.95** |
|---|---|---|---|

**ShaDarrah Williams**
**2822 Broad Rock Blvd**
**2**
**Richmond, VA 23224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,363.84** |
|---|---|---|---|

**Sharon W. Taylor**
**2205 North Lesley Ave**
**Indianapolis, IN 46218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,684.25**

Shawn Robinson
5224 Andradell Lane
Chesterfield, VA 23832

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$684.84**

Shelbi D. Osborn
6515 Tampa LN
Indianapolis, IN 46241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,222.38**

Shellie Tisdale
9621 Gamewell Rd
Chesterfield, VA 23832

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$905.98**

Sherryl A. Yeager
2268 Pentuckett Ave
San Diego, CA 92104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$287.19**

Shirley Kithcart
1438 Newcastle Rd.
D-2
Durham, NC 27704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$424.60**

Shred360
7001 St Andrews Rd # 365
Columbia, SC 29212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,167.17**

Stanley E. Vass
4506 Tyne Dr
Durham, NC 27703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (*if known*) | **22-11694-BFK** |

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183.90** |
| | **Steven A. Cobb** | ☐ Contingent | |
| | **54 S Wycliff Dr** | ☐ Unliquidated | |
| | **Durham, NC 27703** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$964.80** |
| | **Storage Kings USA** | ☐ Contingent | |
| | **3437 Western Branch Blvd** | ☐ Unliquidated | |
| | **Chesapeake, VA 23321** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,169.64** |
| | **Sylvia Henderson** | ☐ Contingent | |
| | **3410 Missouri Ave** | ☐ Unliquidated | |
| | **Richmond, VA 23234** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,200.00** |
| | **T-Mobile** | ☐ Contingent | |
| | **7525 Tidewater Drive** | ☐ Unliquidated | |
| | **Norfolk, VA 23505** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,989.86** |
| | **Tairiku Cousins** | ☐ Contingent | |
| | **1632 Peppertree Lane** | ☐ Unliquidated | |
| | **Lansing, MI 48912** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$487.09** |
| | **Tamika T. Evans** | ☐ Contingent | |
| | **2662 Sunrise Village Drive** | ☐ Unliquidated | |
| | **C** | ☐ Disputed | |
| | **Orange Park, FL 32065** | | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$868.25** |
| | **Tasha M. Boyd** | ☐ Contingent | |
| | **1555 Presidential dr** | ☐ Unliquidated | |
| | **Henrico, VA 23228** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **KTS Solutions, Inc.** | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$531.73** |

**Taurus Evans**
**4133 Doe Court**
**Oxford, NC 27565**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,418.95** |

**Theodore Keys**
**5412 Garnet Meadow Rd**
**Knightdale, NC 27545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$456.26** |

**Theresa Jackson**
**706 N Washington Ave**
**Battle Creek, MI 49037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,907.46** |

**Thesda Cobb**
**5370 SE 29th place**
**Apt D**
**Ocala, FL 34480**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$297.44** |

**Tony M. Ellis**
**1088 teakwood Dr**
**Greenville, NC 27834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,728.74** |

**Trinity McPherson**
**1401 highwoods pass**
**Grovetown, GA 30813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$291.74** |

**Troy Driskill**
**6600 River Road**
**Petersburg, VA 23803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (*if known*) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00**

**TS 2nd Ave LLC**
**3227 SW 42nd Place**
**Gainesville, FL 32608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,000.00**

**United Health Care**
**185 Asylum Street**
**Hartford, CT 06103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,365.29**

**United States Cellular Corp.**
**8410 West Bryn Mawr**
**Chicago, IL 60631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,730.50**

**Victor Becerra**
**402 63rd st**
**SPC 56**
**San Diego, CA 92114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,652.32**

**Vincent Canton**
**4305 Chamberlayne Ave**
**Apt 2**
**Richmond, VA 23227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,525.02**

**Viviana M. Gamez**
**520 Naples St**
**Apt 44**
**Chula Vista, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,004.29**

**Wade R. Waller**
**3447 Keighly Rd**
**Richmond, VA 23234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | Case number (*if known*) | **22-11694-BFK** |
|---|---|---|---|
| | Name | | |

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,336.18** |
|---|---|---|---|

**Wendell L. Oliver**
**8545 Mission Gorge rd**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,031.02** |
|---|---|---|---|

**Wesley J. McLaughlin (Mac)**
**912 Patterson Street**
**Petersburg, VA 23803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,393.29** |
|---|---|---|---|

**Wex Fuel Card**
**PO Box 4337**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$334.51** |
|---|---|---|---|

**William H. Jackson**
**6104 Salanie Placce**
**Indianapolis, IN 46254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.60** |
|---|---|---|---|

**Willie L. Walls**
**4000 SW 47th Street**
**Lot F-19**
**Gainesville, FL 32608**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$176,320.00** |
|---|---|---|---|

**Xerox Financial Services**
**201 Merrit 7**
**Norwalk, CT 06856**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$259.63** |
|---|---|---|---|

**Yolanda W. Hardee-Thorton**
**5 Cedarcroft Ct**
**Petersburg, VA 23805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **KTS Solutions, Inc.** | | Case number (if known) | **22-11694-BFK** |
|---|---|---|---|---|
| | Name | | | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,167.46 |
|---|---|---|---|

**Yvette C. Lacey**
**230 Riverside Drive**
**Apt 2**
**Battle Creek, MI 49015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Gross, Romanick, Dean & DeSimo**<br>**3975 University Drive,**<br>**Suite 410**<br>**Fairfax, VA 22030** | Line **3.164**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Jeffrey Zachter**<br>**Zachter, PLLC**<br>**2 University Plaza, Suite 205**<br>**Hackensack, NJ 07601** | Line **3.83**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Porter Realty Co.**<br>**4801 Radford Avenue**<br>**PO Box 6482**<br>**Richmond, VA 23230** | Line **3.95**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Robert A. Paey**<br>**6641 West Broad Street**<br>**Suite 400**<br>**Richmond, VA 23230** | Line **3.145**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **William Weisberg**<br>**Law Office of William Weisberg**<br>**1750 Tysons Blvd St 1500**<br>**Mc Lean, VA 22102** | Line **3.143**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 42,737.52 |
| 5b. Total claims from Part 2 | 5b. + | $ | 2,697,266.10 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,740,003.62 |