**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| KTS SOLOUTIONS, INC. ) | Case No. 22-11694-BFK |
| ) | Chapter 11 Subchapter V |
| Debtor. ) | |
| ) | |

**ORDER SETTING CONFIRMATION HEARING**

On January 31, 2023, the Court held a Status Conference for KTS Solutions, Inc. Docket No. 1. Justin Fasano, counsel for the Debtor, Kelvin Smith, the Debtor Designee, Lawrence Katz, the Subchapter V Trustee, Jack Frankel, counsel for the U.S. Trustee, Steven Ramsdell, counsel for creditor George Goates, Christopher Jones, counsel for creditor Moneywell Group, and Richard Hagerty, counsel for creditor Orange Grove Fleet Solutions, LLC, appeared for the hearing. For the reasons stated on the record, it is

**ORDERED:**

1. The Court will hold a hearing on the Confirmation of the Debtor's Chapter 11 Plan on **Thursday, May 25, at 9:30 a.m.**

2. Debtor's counsel shall provide notice of the confirmation hearing to the creditors and other parties in interest.

3. The Subchapter V Trustee's, Lawrence Katz, hourly rate of $565.00 is approved.

4. The parties must appear via video conference for this hearing through the Court's Zoom for Government (ZoomGov) program. Parties must e-mail a completed registration request form (available at https://www.vaeb.uscourts.gov/sites/vaeb/files/ZoomRegistration.pdf) to EDVABK-ZOOM-Judge_Kenney@vaeb.uscourts.gov in accordance with Judge Kenney's procedures for

appearing by ZoomGov. This program requires pre-registration that should be completed two (2) business days prior to the hearing date.

5. Any objections to confirmation of the Debtor's Plan of Reorganization must be filed by **May 18, 2023.**

6. Any Ballots must be returned to counsel for the Debtor by **May 18, 2023.**

7. The Debtor must file a Summary of the Ballots by **May 24, 2023, at 5 p.m.**

8. The Clerk shall mail copies of this Order, or provide electronic notice of its entry, to the parties below.

Date: Jan 31 2023

Alexandria, Virginia

/s/ Brian F Kenney
The Honorable Brian F. Kenney
United States Bankruptcy Judge
Entered On Docket: January 31, 2023

Copies to:

KTS Solutions, Inc.
12733 Torrington St.,
Woodbridge, VA 22192
*Debtor*

Kelvin Smith
12733 Torrington St.,
Woodbridge, VA 22192
*Debtor Designee*

Justin Fasano, Esq.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770
*Counsel for Debtor*

Steven B. Ramsdell, Esq.
300 N. Washington St., Suite 310
Alexandria, VA 22314
*Counsel for Creditor George Goates*

Lawrence A. Katz, Esq.
8270 Greensboro Drive, Suite 700
Tysons, VA 22102
*Subchapter V Trustee*

Jack Frankel, Esq.
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Counsel for the U.S. Trustee*

Richard Hagerty, Esq.
401 9th Street, N.W. Suite 1000
Washington, DC 20004
*Counsel for Creditor Orange Grove Fleet Solutions, LLC*

Christopher Jones, Esq.
3190 Fairview Park Drive, Suite 800
Falls Church, VA 22042